# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESCO INSURANCE COMPANY, a Delaware Corporation<br><br>Plaintiff,<br><br>v.<br><br>FRED M. SZKOLNIK, a California resident; LAW OFFICES OF FRED M. SZKOLNIK, A LAW CORPORATION, a California professional corporation; JONATHAN HODGES, individually and as TRUSTEE OF THE JESSE D. HODGES IRREVOCABLE TRUST, a California resident; LOIS E. HODGES AKA BETTY HODGES, individually and as TRUSTEE OF THE JESSE D. HODGES IRREVOCABLE TRUST and as TRUSTEE OF THE LOIS E. HODGES MARITAL TRUST, an Oregon resident,<br><br>Defendants. | Case No.: CV 17-5665-DMG (RAOx)<br><br>**ORDER FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE [20]** |

1

Based upon the stipulation of plaintiff Wesco Insurance Company and defendants Fred M. Szkolnik, Law Offices of Fred M. Szkolnik, James E. McDaniel, Jonathan Hodges, individually and as Trustee of the Jesse D. Hodges Irrevocable Trust and Lois E. Hodges aka Betty Hodges, individually and as Trustee of the Jesse D. Hodges Irrevocable Trust and as Trustee of the Lois E. Hodges Marital Trust for an order dismissing the entire above-captioned action with prejudice, with each party to bear his, her or its own legal fees and costs, and good cause appearing therefor,

**IT IS HEREBY ORDERED** as follows:

1. The above captioned action is dismissed with prejudice in its entirety.
2. Each party shall bear his, her or its own legal fees and costs.
3. The Order to Show Cause dated October 31, 2017 [Doc. # 19] is discharged.

**IT IS SO ORDERED.**

DATED: November 7, 2017

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE